# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LaSalle Bank National Association, as Trustee for certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-backed Certificates, Series 2007-HE2, | : : : : | Civil Action 2:07-cv-749 |
| | : | Judge Smith |
| Plaintiff, | : | Magistrate Judge Abel |
| v. | : | |
| Nicole N. Kerr, *et al.*, | | |
| Defendants. | | |

## ORDER

Plaintiff's September 10, 2007 motion to dismiss for forbearance plan with continuing jurisdiction to enforce plan (doc. 11) is **GRANTED**. The Court shall retain jurisdiction to vacate this Order and reopen the case to enforce the terms of the forbearance plan should there be a default thereon.

IT IS SO ORDERED.

  */s/ George C. Smith*
  **George C. Smith**
  **United States District Judge**